This is to advise that on January 13, 2009

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 09-4

In action

Ct. No. 03-00537

Peerless Clothing International, Inc.,
(Plaintiff,)

v.

United States
(Defendant,)