Slip Op. 10-21

UNITED STATES COURT OF INTERNATIONAL TRADE

_____
:
PEERLESS CLOTHING INTERNATIONAL, INC., :
:
            Plaintiff, :
:   Before:   WALLACH, Judge
v. :   Court No:   03-00537
:
UNITED STATES, :
:
            Defendant. :
_____:

## ORDER AND JUDGMENT

      Upon consideration of U.S. Customs and Border Protection's ("Customs") Remand Decision in this action ("Remand Decision"), which Defendant filed pursuant to the court's Order and Judgment dated January 13, 2009, and Plaintiff's Response to Defendant's Remand Decision, in which Plaintiff states that it has "no objection to the remand"; Plaintiff having requested that the court ". . . issue an Order directing [Customs] to reliquidate the entries that are the subject of this action in accordance with this Court's determination in Slip. Op. 09-04 (Jan. 13, 2009) and the Remand Decision, and issue duty refunds to plaintiff with interest as required by law"; the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

      ORDERED, ADJUDGED and DECREED that the Remand Decision is consistent with the court's determination in Slip Op. 09-04; and it is further

      ORDERED, ADJUDGED and DECREED that the Remand Decision is AFFIRMED; and it is further

      ORDERED, ADJUDGED and DECREED that Customs shall reliquidate the entries that are the subject of this action in accordance with the court's determination in Slip Op. 09-04 and the Remand Decision, and issue duty refunds to Plaintiff with interest as required by law.


                                    __/s/ Evan J. Wallach____
                                    Evan J. Wallach, Judge

Dated: March 2, 2010
      New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____    By: _____
                                      Deputy Clerk